Statement of the Case.

Bill by Johanna Rau Longhi against Emilio Longhi in the Circuit Court of Cook county for separate maintenance. The bill charges adultery, cruelty and desertion. Decree finding the defendant guilty of cruelty and desertion. The complainant was awarded eighty dollars per month for her support, and twenty dollars per month for the support, education and maintenance of their child, and one hundred and twenty-five dollars for solicitor's fees. Defendant appeals.

GORMAN, POLLOCK, SULLIVAN & LIVINGSTON, for appellant.

JOHN C. MECHEM, for appellee; MECHEM & BANGS, of counsel.

MR. JUSTICE SCANLAN delivered the opinion of the court.

## Abstract of the Decision.

1. HUSBAND AND WIFE, § 211*—*when separation agreement valid.* An agreement between the husband and wife for separate maintenance of the wife, which is free from fraud or duress, and which makes an equitable provision for the wife, considering the station in life of the parties, is valid and is a bar to a separate maintenance proceeding brought by the wife, but they cannot by such an agreement between them deprive a court of chancery of its power over the care, custody and support of the minor children of the parties.

2. HUSBAND AND WIFE, § 267*—*when award in separate maintenance not disturbed.* In a bill for separate maintenance, the amount of the allowance that shall be decreed rests in the judicial discretion of the chancellor, which is subject to review, but the amount allowed will not be disturbed on appeal unless he has abused his discretion.

3. HUSBAND AND WIFE, § 243*—*when award in separate maintenance not excessive.* In a separate maintenance proceeding, an award of eighty dollars per month for the support of the wife and twenty dollars per month for their minor daughter, *held* not excessive although defendant had previously transferred valuable property to complainant, same not producing any income at the time of the decree.

4. HUSBAND AND WIFE, § 239*—*when chancellor may change allowance in separate maintenance.* Upon application, the chancellor may at any time after making an allowance in an action for separate maintenance make such alterations in the allowance for maintenance as are reasonable and proper.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.